**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILL EVANS,**

                **Plaintiff,**

-vs-                                                **Case No. 6:08-cv-120-Orl-31KRS**

**FLORIDA TRANSPORTATION**
**SERVICES, INC.,**

                **Defendant.**

_____

**ORDER**

This matter comes before the Court on the Motion to Strike and to Reschedule Deadline (Doc. 24) filed by the Plaintiff. The Plaintiff seeks to have the Defendant's Motion for Summary Judgment (Doc. 22) and accompanying Statement of Undisputed Facts (Doc. 21) stricken on the grounds that they exceed the 25-page limit set by the scheduling order (Doc. 13 at 6) in this case. The Plaintiff also seeks to have the deadline for his response extended from December 19, 2008 to January 5, 2009, primarily due to upcoming holidays and vacation time for his counsel and his counsel's staff.

The substantive portions of the documents at issue total approximately 30 pages, five pages more than the page limit set by the scheduling order. The Defendant has not received permission to exceed the page limit, and the documents are therefore due to be stricken. Upon the filing of the amended summary judgment motion by the Defendant, the Court will issue a new Milburn order. This will result in a new deadline for the Plaintiff's response, though likely one not quite so far off as January 5, 2009.

Accordingly, it is hereby **ORDERED** that the Motion to Strike and to Reschedule Deadline (Doc. 24) is **GRANTED IN PART** and **DENIED IN PART**.  The Defendant's Motion for Summary Judgment (Doc. 22) and accompanying Statement of Undisputed Facts (Doc. 21) are hereby **STRICKEN**.  The Defendant is directed to file a motion for summary judgment that conforms to the page limit set by the scheduling order on or before November 26, 2008, at which time the Court will enter a new Milburn order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 20, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party